UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60016-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT K. ALLAN, et al.

    Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on defendant **Aaron Wall, IV's** eight Motions for Employment (DE 28, 30 and 31). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motions for Employment are STRIKEN as improperly filed. Counsel for defendant Aaron Wall shall re-file the motion complying with the Local Rules for the Southern District of Florida and the CM/ECF Administrative Procedures.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of February, 2008.

                                                  LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Lindsey (FTL)
Andrew Rier, Esq.